*G. L. Worthy,* for plaintiff.
*E. R. King, A. H. Gray,* for defendant.

### 22543. LANIER *v.* THE STATE.

BROYLES, C. J. 1. The several excerpts from the charge of the court, complained of in the motion for a new trial, when considered in the light of the charge as a whole and the facts of the case, disclose no reversible error.

2. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Hooper, J., concurs. MacIntyre, J., not presiding.*

DECIDED·NOVEMBER 17, 1932.

*J. J. E. Anderson, D. C. Jones,* for plaintiff in error.
*W. G. Neville, solicitor-general, Deal & Renfroe,* contra.